UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEVEN L. SMITH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 24-13182-LTS |
| CHIEF GOLDEN, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

March 31, 2025

SOROKIN, J.

On December 23, 2024, Steven L. Smith, while in custody at the Barnstable County Jail, filed a *pro se* complaint. Complaint ("Compl."), Doc. No. 1. Because the complaint was filed without payment of the filing fee or motion seeking leave to proceed *in forma pauperis*, Smith was ordered to either pay the filing fee or file a motion for leave to proceed *in forma pauperis* accompanied by a copy of his prison account statement. Procedural Order, Doc. No. 3.

On January 31, 2025, plaintiff filed an amended complaint stating that he is homeless and providing a mailing address at 22 Middle Street, Cumberland, Rhode Island. Amended Complaint ("Am. Compl."), Doc. No. 5. Two weeks later, on February 14, 2025, plaintiff filed a second amended complaint providing the same mailing address in Cumberland, Rhode Island. Second Amended Complaint ("SAC"), Doc. No. 6. However, in a cover letter accompanying the first amended complaint, plaintiff provides a mailing address in Wood River Junction, Rhode Island. Doc. No. 5-2. In his letter, plaintiff inquires whether he must pay the $350 filing fee. *Id.* On March 28, 2025, plaintiff filed a motion seeking to file documents to be considered in

1

conjunction with his complaint.  Doc. No. 10.  The majority of documents are from his state criminal litigation.  *Id.*

In his most recent filings, Smith states that he is not currently incarcerated.  Thus, he is not subject to the requirements of the Prison Litigation Reform Act.  *See* 28 U.S.C. § 1915(a)(2) (providing requirements for prisoners seeking to proceed *in forma pauperis*); 28 U.S.C. § 1915(b) (providing payment requirements for prisoners seeking to proceed *in forma pauperis*); 28 U.S.C. § 1915(h) ("As used in this section, the term 'prisoner' means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program.").

Based on the foregoing, it is hereby Ordered that:

1. If plaintiff wishes to proceed with this action, within 21 days of the date of this Order, he shall file a motion for leave to proceed *in forma pauperis*.  The Clerk shall provide plaintiff with an Application to Proceed in District Curt without Prepaying Fees or Costs.

2. Failure of the plaintiff to timely comply with this directive may result in the dismissal of this action.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge